```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 01774
   KATHLEEN C GORDON
                                              CHAPTER 13

                                              JUDGE: A BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-9216


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 01/20/2005 and was confirmed 04/12/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

   The case was dismissed after confirmation 01/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED           19975.00       1079.96       18442.48
DAIMLER CHRYSLER FINANCI  UNSECURED          8635.11           .00            .00
FIRST HORIZON HOME LOANS  CURRENT MORTG          .00           .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED           310.67           .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED          1711.88           .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED          .00            .00
ATHLETICO LTD             UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED          7595.15           .00            .00
ECAST SETTLEMENT CORP     UNSECURED          2702.69           .00            .00
COMCAST                   UNSECURED         NOT FILED          .00            .00
DEPT OF VETERAN AFFAIRS   UNSECURED         NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED         16390.14           .00            .00
IL STATE DISBURSEMENT UN  UNSECURED         NOT FILED          .00            .00
ILLINOIS DEPT OF HUMAN S  UNSECURED           278.00           .00            .00
LIBERTY MUTUAL            UNSECURED         NOT FILED          .00            .00
MBNA AMERICA              UNSECURED         NOT FILED          .00            .00
MOBIL                     UNSECURED         NOT FILED          .00            .00
SEARS PAYMENT CENTER      UNSECURED         NOT FILED          .00            .00
SOCIAL SECURITY ADMIN C   UNSECURED         NOT FILED          .00            .00
VISA                      UNSECURED         NOT FILED          .00            .00
THADDEUS J HUNT           UNSECURED              .00           .00            .00
FIRST HORIZON HOME LOANS  MORTGAGE ARRE      176.97            .00         176.97
SILVERLEAF VACATION CLUB  SECURED NOT I          .00           .00            .00
LEGAL HELPERS PC          ATTORNEY          1750.00            .00        1400.00
THADDEUS J HUNT           DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                        1,204.17
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 01774 KATHLEEN C GORDON
```

```
TRUSTEE                                  22,303.58

PRIORITY                                                              .00
SECURED                                                         18,619.45
    INTEREST                                                     1,079.96
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,400.00
TRUSTEE COMPENSATION                                             1,204.17
DEBTOR REFUND                                                         .00
                                        ----------------   ----------------
TOTALS                                    22,303.58              22,303.58
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 04/23/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE